IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TONY ARNOLD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | 1:17CV488 |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on August 13, 2018, was served on the parties in this action. (ECF Nos. 16, 17.) Plaintiff filed objections to the Magistrate Judge's Recommendation, (ECF No. 18), and Respondent filed a response, (ECF No. 19). The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Judgment on the Pleadings, (ECF No. 11), is DENIED, that Defendant's Motion for Judgment on the Pleadings, (ECF No. 13), is GRANTED, and that this action is DISMISSED with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 17th day of September, 2018.

/s/ Loretta C. Biggs
United States District Judge